IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALENCIA F. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-1315-K |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| (OHIO), and ROY MATTHEWS, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant United Parcel Service, Inc., (Ohio)'s ("UPS") Motion to Dismiss Under Rule 12(b)(5), filed on December 11, 2015, **is GRANTED,** and Defendant Roy Matthew's Re-Urged 12(b)(6) Motion to Dismiss, filed on January 29, 2016, **is GRANTED.**

SO ORDERED

Signed August 20th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE